IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01720-RPM-MJW

CHARLES P. ANDERSEN,

Plaintiff,

v.

EQUIFAX CREDIT INFORMATION SERVICES, INC.,
TRANSUNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
J.P. MORGAN CHASE & CO.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Trans Union LLC's Unopposed Motion to Attend Rule 16(b) Scheduling/Planning Conference Via Telephone [Docket No. **33**, Filed with the Court on September 23, 2010] is GRANTED. Defendant Trans Union, Martin E. Thornthwaite, is permitted to participate telephonically at the scheduling/planning conference set on September 29, 2010, at 10:00 a.m., (Mountain Time) and shall initiate a conference call to the court by calling (303) 844-2403.

Date: September 27, 2010