IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.  10-cv-01720-RPM-MJW

CHARLES P. ANDERSEN,

Plaintiff,

v.

EQUIFAX CREDIT INFORMATION SERVICES, INC.,
TRANSUNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,  and
J.P. MORGAN CHASE & CO.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe


        It is hereby ORDERED that Defendant Experian Information Solutions, Inc.'s
Unopposed Motion for Leave to Attend Rule 16(B) Scheduling/Planning Conference Via
Telephone (docket no. 37) is GRANTED.  Defendant Experian's Counsel, Angela M.
Taylor, shall contact Defendant TransUnion's counsel, Martin E. Thornthwaite, and
arrange a conference call, so that counsel are calling together to the court on
September 29, 2010, at 10:00 a.m (Mountain Standard Time).  The court's telephone
number is (303) 844-2403.

Date:  September 28, 2010