IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01720-RPM-MJW

CHARLES P. ANDERSEN,

    Plaintiff,

v.

EQUIFAX CREDIT INFORMATION SERVICES, INC.,
TRANSUNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC. AND
J.P. MORGAN CHASE & CO.,

    Defendants.

_____

ORDER GRANTING MOTION FOR PARTIAL DISMISSAL OF DEFENDANT TRANS UNION LLC
_____

    Upon consideration of Defendant Trans Union LLC's Motion for Partial Dismissal [20], filed on September 3, 2010, and plaintiff's response [29], filed on September 17, 2010, it is

    ORDERED that the motion is granted and Plaintiff Andersen's complaint and demand for injunctive relief as to Defendant Trans Union LLC are dismissed without prejudice.

    DATED:   September 30, 2010

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge