IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01720-RPM-MJW

CHARLES P. ANDERSEN,

    Plaintiff,

v.

EQUIFAX CREDIT INFORMATION SERVICES, INC.,
TRANSUNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC. AND
J.P. MORGAN CHASE & CO.,

    Defendants.

_____

ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [57], filed on November 15, 2010, it is

    ORDERED that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are dismissed with prejudice, with court costs to be paid by the party incurring same.

    DATED: November 16th, 2010

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge