IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01720-RPM-MJW

CHARLES P. ANDERSEN,

Plaintiff(s),

v.

EQUIFAX CREDIT INFORMATION SERVICES, INC., and
J.P. MORGAN CHASE & CO.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order [Docket No. **63**, Filed November 30, 2010] is GRANTED.

It is further ORDERED that Plaintiff shall designate experts on or before February 01, 2011, Defendant shall designate experts on or before March 03, 2011, and Plaintiff shall designate rebuttal experts on or before March 23, 2011. The Scheduling Order [DN 42] is amended accordingly.

Date:   November 30, 2010