IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01720-RPM-MJW

CHARLES P. ANDERSEN,

    Plaintiff,

v.

EQUIFAX CREDIT INFORMATION SERVICES, INC., and
J.P. MORGAN CHASE & CO.,

    Defendants.
_____

ORDER FOR DISMISSAL OF DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, INC.
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [65], filed on November 30, 2010, it is

    ORDERED that all claims or causes of action against Equifax Credit Information Services, Inc., which were or could have been the subject matter of this lawsuit are dismissed with prejudice, with court costs to be paid by the party incurring same.

    DATED:   December 1st, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge