IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   10-cv-01720-PAB- BNB | Date: December 15, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| CHARLES P. ANDERSEN, | Donald Lake, III |
| Plaintiff(s), | |
| v. | |
| J.P. MORGAN CHASE & CO., | Christopher Toll |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     10:00 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion for leave to amend [Doc.#56; filed 11/15/10] is granted for reasons stated on the record.  The Clerk of the Court is directed to accept for filing the first amended complaint.

**ORDERED:**  Chase's motion to dismiss [Doc.#27; filed 9/10/10] is denied without prejudice as moot for reasons stated on the record.

Court in Recess:     10:56 a.m.     Hearing concluded.     Total time in Court: 00:56

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.