IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01720-BNB-MJW

CHARLES P. ANDERSEN,

Plaintiff,

v.

CHASE BANK USA, N.A.,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1) Plaintiff's **Motion for Leave to Amend** [Doc. # 56, filed 11/15/2010] (the "Motion to Amend"); and

(2) **Chase's Motion to Dismiss** [Doc. # 27, filed 9/10/2010] (the "Motion to Dismiss").

I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 56] is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Civil Complaint and Jury Demand [Doc. # 56-1];

(2) The case caption is modified as noted above; and

(3) The Motion to Dismiss [Doc. # 27] is DENIED without prejudice as moot.

DATED December 15, 2010.

BY THE COURT:

　　s/ Boyd N. Boland
United States Magistrate Judge